NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ADVANCED TOUCHSCREEN AND GESTURES TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellees*

———————————

2017-2518, 2017-2520, 2017-2521, 2017-2522

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00652, IPR2016-00653, IPR2016-00654, IPR2016-00655.

———————————

## JUDGMENT

———————————

EMMETT J. MCMAHON, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by BRENDA L. JOLY, CYRUS ALCORN MORTON; LI ZHU, Mountain View, CA; DANIELLE ROSENTHAL, New York, NY.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellees. Also represented

by JAMES LAWRENCE DAVIS, JR., GABRIELLE E. HIGGINS, CAROLYN REDDING, East Palo Alto, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and CLEVENGER, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 19, 2018          /s/ Peter R. Marksteiner
        Date               Peter R. Marksteiner
                           Clerk of Court